UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RADC/CADC VENTURE 2010-2, LLC, a Delaware Limited Liability Company, as assignee of the FEDERAL DEPOSIT INSURANCE CORP., acting as Receiver for SECURITY BANK OF BIBB COUNTY,

Case No.: 6:13-cv-1649-Orl-36GJK

Plaintiff,

vs.

BELLA CASA RESORT, LLP d/b/a BELLA CASA RESORT, LLC; MATTHEW M. GILLIO (GUARANTOR); TERRA STRUCTURES, INC. (GUARANTOR); STIRLING ASSETS, LP (GUARANTOR); DONALD M. FULLER (GUARANTOR); WELLS FARGO BANK NATIONAL ASSOCIATION; ACCURIGHT SURVEYS ORLANDO, INC.; BANK OF AMERICA, N.A.; PLATINUM CENTER, LLC.; FLORIDA HOLDINGS FUNDING, LLC; KIG ORLANDO, LLC; ABP CAPITAL II, LLC; UNKNOWN PERSONS in possession; plus all others who may claim any interest in this property,

Defendants.
_______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

______ IS related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal of State court, or administrative agency as indicted below:

_______________________________________

_______________________________________

__X___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 26, 2013

COOKE LAW GROUP
*Attorneys for Plaintiff, RADC*
9245 SW 158th Lane, 2nd Floor
Miami, FL 33157
Telephone: (305) 259-8054
Facsimile: (305) 259-7148
litigation@rfc-law.com
gar@rfc-law.com

By: /s/ Robert F. Cooke
Robert F. Cooke, Esq.
F.B.N. 590533