UNITED STATES DISTRICT COURT
MIDDLE DISTRICT

CASE NO. 6:13-CV-1649-ORL-36GJK

RADC/CADC VENTURE 2010-2, LLC, a Delaware Limited Liability Company, as assignee of the FEDERAL DEPOSIT INSURANCE CORP., acting as Receiver for SECURITY BANK OF BIBB COUNTY,

Plaintiff,

vs.

BELLA CASA RESORT, LLP d/b/a BELLA CASA RESORT, LLC; MATTHEW M. GILLIO (GUARANTOR); TERRA STRUCTURES, INC. (GUARANTOR); STIRLING ASSETS, LP (GUARANTOR); DONALD M. FULLER (GUARANTOR); WELLS FARGO BANK NATIONAL ASSOCIATION; ACCURIGHT SURVEYS ORLANDO, INC.; BANK OF AMERICA, N.A.; PLATINUM CENTER, LLC; FLORIDA HOLDINGS FUNDING, LLC; KIG ORLANDO, LLC; ABP CAPITAL II, LLC; UNKNOWN PERSONS in possession; plus all others who may claim any interest in this property,

Defendants.
______________________________________________/

## DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____IS related to pending or closed civil or criminal(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

*/s/ Michael S. Provenzale*____________________
Michael S. Provenzale,
Florida Bar No: 0056834
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
450 S. Orange Avenue, Suite 200
P.O. Box 2809
Orlando, Florida 32802-2809
michael.provenzale@lowndes-law.com
litcontrol@lowndes-law.com
anne.fisher@lowndes-law.com
debbie.meadows@lowndes-law.com
Telephone: 407-843-6294
Facsimile: 407-843-4444
Attorneys for Defendants, Wells Fargo Bank, N.A., and ABP Capital II, LLC;

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has filed via the court's CM/ECF System been furnished via E-mail or U.S. Mail to the parties on the Service List below this 27th day of November, 2013.

*/s/ Michael S. Provenzale*________________
Michael S. Provenzale

James Allen, Esq.
*Attorneys for RADC/CADC VENTURE 2010-2, LLC*
Cooke Law Group
litigation@rfc-law.com
gar@rfc-law.com

Roman V. Hammes, Esq.
*Attorneys for Defendants Bella Casa, Gillio, Stirling and Fuller*
Wolff, Hill, McFarlin & Hgerron, P.A.
rhammes@whmh.com
jupdike@whmh.com
psmith@whmh.com

VIA U.S. MAIL

TERRA STRUCTURES, INC.
c/o Registered Agent
Mark J. Bernet, Esq.
401 E. Jackson St., Suite 1700
Tampa, FL 33602

ACCURIGHT SURVEYS OF ORLANDO, INC.
c/o Registered Agent
Frank Raymond
2012 E. Robinson Street
Orlando, FL 32803

BANK OF AMERICA
c/o Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

BANK OF AMERICA
c/o Ronald Naval, Agency Management
Bank of America Plaza
901 Main Street
Dallas, TX 75202