**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RADC/CADC VENTURE 2010-2,LLC,

    Plaintiff,

v.                                                  CASE NO. 6:13-cv-1649-ORL-36GJK

BELLA CASA RESORT, LLP, MATTHEW
M. GILLIO, TERRA STRUCTURES, INC.,
STIRLING ASSETS, LP, DONALD M. FULLER,
WELLS FARGO BANK NATIONAL ASSOCIATION,
ACCURIGHT SURVEYS ORLANDO, INC., BANK
OF AMERICA, N.A., PLATINUM CENTER, LLC,
FLORIDA HOLDINGS FUNDING, LLC, ABP
CAPITAL II, LLC and UNKNOWN PERSONS IN
POSSESSION,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Paul A. Zoss on January 13, 2014 (Doc. 39). In the Report and Recommendation, Magistrate Judge Zoss recommends that the Court grant Defendants' Motion to Remand to the extent it seeks to remand this action to state court and deny it to the extent it seeks an award of attorneys' fees. Neither party has objected to the Report and Recommendation and the time to do so has expired.

Thus, after an independent review and careful consideration of the Report and Recommendation of the Magistrate Judge, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 39) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion to Remand to State Court (Doc. 27) is **GRANTED in part and denied in part**.  The motion is **granted** to the extent that it requests this case be remanded to state court.  The motion is **denied** as to the request for attorneys' fees.

3. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

4. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Ninth Judicial Circuit, in and for Orange County, Florida.  The Clerk is further directed to terminate all pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, on February 4, 2014.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD
U.S. MAGISTRATE JUDGE DAVID A. BAKER